IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CLINTON ROBINSON,
On behalf of himself and
All others similarly situated,

    Plaintiff,

v.                                            Civil Action No. 3:18-cv-487

JUMPSTART CONSULTANTS, INC.,

    Defendant.

## CONSENT MOTION FOR ENTRY OF A BRIEFING SCHEDULE

JumpStart Consultants, Inc. ("JumpStart"), by counsel, and with the consent of Clinton Robinson, moves this Court for the entry of a briefing schedule on the following grounds.

1. The parties have met and conferred and believe that there is a single predominate legal issue in the case. If resolved, this would potentially resolve all or most outstanding issues and result in prompt resolution of the case.

2. The parties have agreed to a joint stipulation of facts.

3. The parties do not believe that any discovery is needed to resolve the issue.

4. Therefore, consistent with Federal Rule of Civil Procedure 1 providing that the Rules should be interpreted "to secure the just, speedy, and inexpensive determination of every action" and further upon the power of the Court to control its docket and establish schedules on motions, e.g., Rules 7 and 56, and Local Rule 7(F), JumpStart moves the Court to enter a scheduling order for the submission of cross-motions for partial summary judgment, including the submission of a joint statement of facts.

5. The parties propose that they each file their cross-motions for partial summary judgment and stipulation of facts on or before December 21. Replies in opposition to the opposing motions would be due on or before December 28. Plaintiff and Defendant request oral argument on these cross-motions.

6. No party requests oral argument on the Consent Motion for Entry of a Briefing Schedule.

7. No deadlines have expired, and no party would be prejudiced by this Motion.

8. Plaintiff consents to the relief sought in this Motion.

9. A proposed order is attached as Exhibit 1.

FOR ALL THE FOREGOING REASONS, JumpStart respectfully requests that this Court grant its Motion.

JUMPSTART CONSULTANTS, INC.

/s/_____
Michael R. Ward
Virginia bar number 41133
Attorney for Defendant
McCandlish Holton
P.O. Box 796
Richmond, VA 23218
Phone: (804) 775-3100
Fax: (804) 775-3800
mward@lawmh.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13 day of December, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such Filing (NEF) to the following:

Zev Antell
Butler Royals, PLC
140 Virginia Street, Suite 302
Richmond, VA  23219
Zev.antell@butlerroyals.com

And I hereby certify that I will mail and email the document by U.S. mail to the following non-filing user:  None.

/s/_____
Michael R. Ward
Virginia bar number 41133
Attorney for Defendant
McCandlish Holton
P.O. Box 796
Richmond, VA 23218
Phone:  (804) 775-3100
Fax:  (804) 775-3800
mward@lawmh.com