IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| CLINTON ROBINSON, *on behalf of himself and all others similarly situated*,<br>Plaintiff,<br><br>v.<br><br>JUMPSTART CONSULTANTS, INC.,<br>Defendant. | ) ) ) ) ) ) ) ) ) ) | Civil No. 3:18-cv-487 (DJN) |

**SCHEDULING ORDER REGARDING APPROVAL OF SETTLEMENT**

This matter comes before the Court on the parties' Consent Motion to Establish Deadlines for Approval of Settlement of Collective Action Complaint (ECF No. 25). Upon due consideration, the Court hereby GRANTS the Motion (ECF No. 25) insofar as it proves consistent with the following:

1. The parties shall file their motion(s) and supporting brief(s) seeking approval of the settlement agreement in this action on or before March 29, 2019. The parties shall include in their filings a proposed notice to the potential members of this collective action and a proposed opt-in form. The parties shall also address why the settlement meets the factors identified in *Lynn's Food Stores v. United States*, 679 F.2d 1350 (11th Cir. 1982), and its progeny.

2. Should the Court approve the settlement, notice and opt-in form, Defendant Jumpstart Consultants, Inc. ("Jumpstart") shall mail within two weeks of the Court's approval order the approved notice to the proposed members of this collective action.

3. The proposed members of this collective action shall have four weeks from the Court's approval of the settlement to opt in by returning the approved opt-in form.

4. Within five weeks after the Court's approval of the settlement, Plaintiffs Clinton Robinson and Robert Shelton (collectively, "Plaintiffs") shall file consents to the settlement for those who opted in.

5. Within two weeks after Plaintiffs file consents for those who opted in, Jumpstart shall issue payments to the opted-in Plaintiffs.

6. Within four weeks after Plaintiffs file consents for those who opted in, Jumpstart shall file a final accounting verifying that Jumpstart issued all payments.

7. Within seven calendar days after Jumpstart files a final accounting, the parties shall file a joint stipulation of dismissal with prejudice, reserving only the issue of attorneys' fees if they remain in dispute.

8. Unless the parties have mutually agreed to a resolution of the attorneys' fees issue, the Court will hold a telephonic status conference with all counsel of record to determine how to resolve the issue.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: March 13, 2019